```
1  Seth M. Lehrman (178303)
   seth@epllc.com
2  EDWARDS POTTINGER LLC
   425 North Andrews Avenue, Suite 2
3  Fort Lauderdale, FL 33301
   Telephone: 954-524-2820
4  Facsimile: 954-524-2822

5  Attorneys for Plaintiff
   Keivan Sarraf, DDS, Inc.
6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEIVAN SARRAF, DDS, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PROFESSIONAL CONSULTING SERVICES, INC. d/b/a PCS CONSULTANTS, INC. and RAMIRO CORDOVA,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-04049-JAK-AS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Keivan Sarraf, DDS, Inc. ("Plaintiff") by and through undersigned counsel hereby files this Voluntary Dismissal without Prejudice with regard to Defendants PROFESSIONAL CONSULTING SERVICES, INC. d/b/a PCS CONSULTANTS, INC. and RAMIRO CORDOVA.

Dated: March 19, 2020

　　　　　　　　　　　　　　EDWARDS POTTINGER LLC

　　　　　　　　　　　　　　By */s/ Seth M. Lehrman*
　　　　　　　　　　　　　　　SETH M. LEHRMAN
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　Keivan Sarraf, DDS, Inc.

## PROOF OF SERVICE

Pursuant to L.R. 5-3.1.2, I hereby certify that I am over the age of 18 and not a party to this case. My business address is 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301. A true and correct copy of the foregoing document will be served on March 19, 2020, by First Class Mail on the people and/or entities listed below:

Professional Consulting Services, Inc.
d/b/a PCS Consultants, Inc
1910 S Archibald Ave, Suite N
Ontario, CA 91761

By */s/ Seth M. Lehrman*
SETH M. LEHRMAN